**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

DAVID LOPEZ and MIRIAM TAUBER,,

                Plaintiffs,          21 **CIVIL** 8592 (ER)

    -against-                    **JUDGMENT**

MARCUS JOSEPH MONA (a/k/a MARK MONA),

                Defendant.

-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 26, 2023, Plaintiffs' motion for summary judgment is DENIED, and Mona's cross-motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York
          June 27, 2023

                                                      **RUBY J. KRAJICK**

                                                      _____
                                                         **Clerk of Court**

                                 **BY:**

                                                         _____
                                                         **Deputy Clerk**